478 A.2d 74

Commonwealth v. Judge, Appellant.

Submitted April 16, 1984. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.